JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JAMES SAMS,<br><br>             Plaintiff,<br><br>             v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>             Defendants. | Case No. 2:25-cv-00674-ODW-JDE<br><br>JUDGMENT |

Pursuant to the Order Dismissing Action Without Prejudice,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT this action is DISMISSED without prejudice to Plaintiff seeking whatever relief may be available to him in <u>Sams v. California Department of Corrections and Rehabilitation, et al.</u>, Case No. 5:21-cv-0493-ODW (JDE) (C.D. Cal.).

Dated: February 19, 2025

                                        OTIS D. WRIGHT, II
                                        United States District Judge